# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

)
)
Plaintiff,                )
)
v. *Brett M. Madeker*      )
)                Case No.
)
)
Defendant(s).             )

*State of ILLINOIS*

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I.    JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:



### II.    PARTIES

**Plaintiff:**

A.    Plaintiff, a citizen of _ILLINOIS_ (state), who resides at _2710 S. Main Street_, alleges that his/her civil rights were violated by the individual(s) named below.


**Defendant #1:**

B.    Defendant _State of ILLINOIS_ is employed as a
        (a) (Name of First Defendant)
_Federal and State Employees around State_
        (b) (Position/Title)
with _U.S. Federal and State Employees_.
        (c) (Employer's Name and Address)

1

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: They Implanted me all over my body and I have MRI pictures, Recordings. I have pictures from Witnesses that they recently tried to make me deathly Sick.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: They Violated all of my Civil Rights. Can not bring Witnesses names down thee worried You give them Same Treatment as myself

**Defendant #2:**

C.    Defendant  John Durbin  is employed as a
                 (a) (Name of Second Defendant)
State or Federal Agent
                 (b) (Position/Title)
with  State of ILLINOIS  .
                 (c) (Employer's Name and Address)

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: Bodily Harm for Over: 9 years! Mental and physical abuse. Also been raped! John Durbin and Several of his family members and Government officials can not use me as a Private device for Recreational USE!

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: They Violated all my Civil Rights by Stalking and Threatening me by Several people that mention a Patent!

**Defendant #3:**

D.    Defendant Robin Elam ~~Oooooooooo~~ is employed as a
_____
(a) (Name of Third Defendant)

Altamont High School ~~Ooooooooooooooo~~
(b) (Position/Title)

with State of Illinois
(c) ) (Employer's Name and Address)

**Check one of the following:**

[X] This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated: State and Federal Workers named John Durbin and Brother Jeremy Durbin. I have tons of Evidence. Im Seeking to be moved out of Illinois as soon as possible!

[X] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: They Claim I signed papers for the Government and a Company Called Boston Scientific and I would need legal Representation to sign for a devices that have made me Sick.

**Additional Defendant(s) (if any):**

E.    Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary. Jeremy Durbin and his Wife Ashley Hicks and her family. Rita Grahl and family. Junior and Betty Williams. Luke Dunaway Erich Kraemer Fritz Kraemer Rachael Russell Jared Morrison Jennrea Sefton. William Koonce Company in California that Created devices!

## III. PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in federal court? Yes
☐                    ☐No    *Can not Comment du to this Case*

B.    If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

1.    Parties to previous lawsuits:

Plaintiff(s):    *Brett Madeker*

Defendant(s):

*Boston Scientific*
*Federal Government of ILLINOIS*

2.    Date of Filing:    *N/A*

3.    Case Number:

4.    Jurisdiction/Court:

5.    Name of Judge:

6.    Issues Raised:

7.    Disposition of Case (for example:    Was the case dismissed?    Was it appealed?    Is it still pending?):    *Pending*

8.    Date of Final Disposition:

*No Date Because I have close to 20 Implants in my Body and Im the Carrier. A Victim and The Patent for those to USE!*

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about __11/16/2015__ (month,day,year), at approximately __5:00 a.m.__ ☒ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of) __Brownstown__, in the County of __Fafette__, in the State of Illinois, at __1263 E. 1750 Ave__,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☒ used excessive force upon plaintiff;

☒ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☒ failed to provide plaintiff with necessary medical care;

☒ conspired together to violate one or more of plaintiff's civil rights;

☐ other *(please explain)*: __They tried to Kill me with Electronics and even hired other Companies that will be presented with Evidence against Them as well.__

2. Plaintiff was charged with one or more crimes, specifically: __Brian Reodl had me charged for a Felony when they have been Harassing me for 9 years plus Government tried to cover it up in Illinois ONLY State!__

3. The criminal proceedings *(check the box that applies)*:

☐ are still pending.
☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☒ resulted in a finding of guilty on one or more of the charges.
☐ other: __They arrested me because I noticed out a private device being used in my Body!__

5

4.  Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

I was heated with Electronics. They turned on a very loud RFID to make Everyone here me walk up to a grocery line or a Gas Station or Work place. I had to quit working because of It. People would laugh at me and everything. They would turn on loud engines that would hurt my body and make me Vomit all the time. Been threatened to be Shot and Killed almost hit by Cars. Rumor is they Patent the devices on me as Private. They Raped me and Violated all of my Civil Rights. I have tons of Witnesses and Recordings. I have Video of It and a Lap Top to Witness the Harrassment in my Body from Head to Toe. They will See It with the Lap Top I do not possess it. They would steal it. They also stole Thought Processers for Robotics. I have a Lawyer but they will not See them until my Court date do to them going after them Like they did me. I was Implanted in the Army when I Served and my records ar Classified and I'm going to bring in paperwork and They Narced me Out Publicly They people harassay me!

5.  Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6.  As a result of Defendant's conduct, plaintiff was injured as follows: mentally and physically abused. They clare they hired both Ashley Hicks in Cowden and Vandalia! They knew they Patent it and made a lot od money!

7.  Plaintiff asks that this case be tried by a jury. ☑ Yes    ☐ No

## V.  PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ _100 billion dollars_ to compensate for *(check all that apply)*:

    - [x] bodily harm
    - [x] emotional harm
    - [x] pain and suffering
    - [x] loss of income
    - [x] loss of enjoyment of life
    - [x] property damage

2. Punitive Damages:        [x] Yes      ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: _10/5/2024_

Signature of Plaintiff: _Brett M. Modeke_

Plaintiff's Name *(print clearly or type)*: _Brett Maverick Modeke_

Mailing Address: _2710 S. Main Street_

City: _Altamont_                    State: _IL_          Zip: _62411_

Plaintiff's Telephone Number:  (     ) _n/a_